```
          ____ FILED          ____ RECEIVED
          ____ ENTERED        ____ SERVED ON
                     COUNSEL/PARTIES OF RECORD

                     OCT 17 2016

              CLERK US DISTRICT COURT
              DISTRICT OF NEVADA
          BY:_____DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | 2:04-CR-448-RLH-RJJ |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| DAVID MALIN, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in Criminal Case (#15) on March 3, 2005. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution was not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) in the amount(s) listed below:

Name of Payee: SBA Development, Inc.
**Total Amount of Restitution Ordered:** $5,483,022.10

Dated this ___17___ day of October, 2016.

_____
UNITED STATES DISTRICT JUDGE