JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709

SUMMER A. JOHNSON
Assistant United States Attorney
United States Attorney's Office
501 Las Vegas Boulevard S., Suite 1100
Las Vegas, Nevada 89101
Tel: 702-388-6556
Fax: 702-388-6787
Email: Summer.Johnson@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID MALIN,<br><br>Defendant. | Case No.: 2:04-cr-448-RLH-RJJ<br><br>**ORDER GRANTING GOVERNMENT'S MOTION TO REDIRECT RESTITUTION PAYMENTS TO A BENEFICIARY OF THE VICTIM'S ESTATE** |

This matter is before the Court on the motion by the United States to redirect payments to a beneficiary of the victim's estate, ECF No. 24. The Court has reviewed the motion and all supporting documentation, and finds that for good cause shown, the Clerk of the Court shall redirect the restitution payments to assignee Rochelle Wilson. The Court ORDERS that the Clerk's Office make all payments received and/or remaining due to victim SBA Development payable to Rochelle Wilson. The Court further ORDERS that Rochelle Wilson, as the successor to victim SBA Development, shall be entitled to request and receive information from the Clerk's Office regarding the restitution payments received and disbursement history in this matter, including but not limited to, payment status, payment history, disbursements, etc., the same extent to which SBA Development could have sought such information. The Court further ORDERS that Rochelle Wilson provide

her preferred mailing address to the Clerk's Office for distribution of restitution payments made by the Clerk's Office.

**IT IS SO ORDERED.**

Dated: September 27, 2022

_____
UNITED STATES DISTRICT JUDGE